Arnold B. CLARKE, Plaintiff–Appellant,

v.

COMMONWEALTH OF VIRGINIA, Defendant–Appellee.

No. 16-1658

United States Court of Appeals, Fourth Circuit.

Submitted: October 13, 2016

Decided: October 17, 2016

Arnold B. Clarke, Appellant Pro Se.

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arnold Benson Clarke appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Clarke v. Virginia, No. 3:16–cv–00126–MHL, 2016 WL 3181139 (E.D. Va. June 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED